Entered on Docket
January 26, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 25, 2011

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:   )   Case No. 07-31116 MD
Serveta, Vasiliki   )
   )   Chapter No. 7
   )
   )
Debtor   )   **ORDER TO PAY UNCLAIMED FUNDS**
   )

It appearing that the check(s) made payable to

VASILIKI SERVETA                                                                   in the total amount

of $109,781.52           was not cashed within the 90 day limit and an unclaimed money report was

entered on 09/29/2010                      to close the account and transfer the monies to the Clerk, U. S.

Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that   VASILIKI SERVETA           is now claiming the above

monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $109,781.52    to the

order of VASILIKI SERVETA c/o Richard C. Sinclair, Esq., P. O. Box 1628, Oakdale, CA 95361

and mail to Vasiliki Serveta c/o Richard C. Sinclair
P. O. Box 1628, Oakdale, CA 95361

**End of Order**
**No Service List Requested**